UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS R. AUSTIN,

    Petitioner,

v.        Case No. 14-C-0608

RANDALL R. HEPP,

    Respondent.

## ORDER

Respondent has filed a fourth motion for an extension of time to file the answer in the above matter. The answer was due on November 14, 2014, and respondent has asked for an extension to December 15, 2015 to file his response. He indicates that the underlying state proceedings are extensive and confusing and cover several different courts. In addition, his own work load and through inadvertence his failure to request earlier files, have prevented him from meeting the deadline let forth above.

Respondent will be granted this last extension. It must, however, be the last one. The petition was filed on May 28, 2014, and the court ordered a response on June 17, 2014. No further extensions should be requested. Given the delays that have occurred and extensions that have been granted so far, respondent should place this matter at the top of his list of priorities.

SO ORDERED this   15th   day of November, 2014.

                              s/ William C. Griesbach
                              William C. Griesbach, Chief Judge
                              United States District Court